FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV  89101
Telephone:  (702) 252-3131
E-Mail Address:  ddornak@fisherphillips.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>                    Plaintiffs,<br><br>        vs.<br><br>CSI WORLDWIDE, LLC a Delaware corporation;<br><br>                    Defendant. | Case No: 2:26-cv-01097-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have a 30-day extension of time, up to and including **July 29, 2026**, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4).  Defendant's responsive pleading is currently due on June 29, 2026.

The parties request an extension due to counsel for Defendant being recently retained and needed additional time to review the allegations in the First Amended Complaint.  The parties have also begun exploring potential resolution of this case and request additional time to continue engaging in such discussions prior to Defendant

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

filing its responsive pleading.  This stipulation is sought in good faith and not for the purpose of delay.   This is the first request for an extension of this deadline.

Dated this 29th day of June, 2026.

BROWNSTEIN HYATT FARBER          FISHER & PHILIPS, LLP
SCHRECK, LLP


 /s/ *Christopher M. Humes*          /s/  *David B. Dornak*
CHRISTOPHER M. HUMES, ESQ.       DAVID B. DORNAK, ESQ.
100 North City Parkway            300 South 4th Street
Suite 1600                        Las Vegas, NV 89101
Las Vegas, NV  89106              Suite 1500
*Attorneys for Plaintiffs*          *Attorneys for Defendants*

**ORDER**

**IT IS SO ORDERED:**

_____
United States Magistrate Judge

June 30, 2026
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101