FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
Attorney for Defendant

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>CSI WORLDWIDE, LLC a Delaware corporation;<br><br>Defendant. | Case No: 2:26-cv-01097-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an additional 30-day extension of time, up to and including **August 28, 2026**, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4). Defendant's responsive pleading is currently due on July 29, 2026. (ECF No. 7).

The parties are discussing potential resolution of this case and request additional time to continue engaging in such discussions prior to Defendant filing its responsive

pleading. This stipulation is sought in good faith and not for the purpose of delay. This is the second request for an extension of this deadline.

Dated this 28th day of July, 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ *Christopher M. Humes*
CHRISTOPHER M. HUMES, ESQ.
100 North City Parkway
Suite 1600
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

FISHER & PHILLIPS, LLP

/s/ *David B. Dornak*
DAVID B. DORNAK, ESQ.
300 South 4th Street
Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

United States Magistrate Judge

July 29, 2026

DATED





FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101