FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
300 S. Fourth Street
Suite 1500
Las Vegas, NV 89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
Attorney for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>CSI WORLDWIDE, LLC a Delaware corporation;<br><br>Defendant. | Case No: 2:26-cv-01097-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an additional 31-day extension of time, up to and including **September 28, 2026**, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4). Defendant's responsive pleading is currently due on **August 28, 2026**. (ECF No. 10).

After meeting to discuss Plaintiffs' initial findings, the parties began discussing potential resolution of this case and are working diligently on reaching an agreement. The parties request additional time to continue engaging in such discussions prior to



FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

Defendant filing its responsive pleading. This stipulation is sought in good faith and not for the purpose of delay. This is the third request for an extension of this deadline.

Dated this 27th day of August 2026.

| BROWNSTEIN HYATT FARBER SCHRECK, LLP | FISHER & PHILLIPS, LLP |
|---|---|
| */s/ Christopher H. Humes* | /s/ *David B. Dornak* |
| CHRISTOPHER M. HUMES, ESQ.<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiffs* | DAVID B. DORNAK, ESQ.<br>300 South 4th Street<br>Suite 1500<br>Las Vegas, NV 89101<br>*Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

United States Magistrate Judge

August 28, 2026

DATED



FP 66046220.1

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101