Bryce C. Loveland, Esq., Nevada Bar No. 10132
Christopher M. Humes Esq., Nevada Bar No. 12782
William D. Nobriga, Esq., Nevada Bar No. 14931
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Email: bcloveland@bhfs.com
chumes@bhfs.com
wnobriga@bhfs.com

*Attorneys for Plaintiffs*

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN

Plaintiffs,

v.

CSI WORLDWIDE, LLC, a Delaware corporation;

Defendant.

CASE NO.: 2:26-cv-01097-JCM-NJK

**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**(FOURTH REQUEST)**

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an additional 30-day extension of time, up to and including October 28, 2026, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4). Defendant's responsive pleading is currently due on September 28, 2026. (ECF No. 12).

The parties continue to discuss potential resolution of this case and request additional time to engage in such discussions prior to Defendant filing its responsive pleading. This matter involves a contract compliance review ("Audit") of Defendant CSI Worldwide, LLC's employee

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101

benefit contribution history to the Plaintiffs. The parties have been working in good faith together and with the Plaintiffs' auditor in an attempt to resolve certain findings in the Audit. This has taken time given that the process has involved multiple conferences between the parties' counsel, the production of various documents and the Plaintiffs' auditor's time to review the newly-produced information and documents. The parties continue to negotiate in good faith and believe that an additional 30-day extension promotes conservation of judicial resources and the goal of resolving this case without further Court intervention.

This stipulation is sought in good faith and not for the purpose of delay. This is the fourth request for an extension of this deadline.

Dated this 28th day of September, 2026.

| | |
|---|---|
| **BROWNSTEIN HYATT FARBER SCHRECK, LLP** | **FISHER & PHILLIPS, LLP** |
| /s/ Christopher M. Humes | /s/ David B. Dornak |
| CHRISTOPHER M. HUMES, ESQ.<br>100 North City Parkway<br>Suite 1600<br>Las Vegas, NV 89106<br>*Attorneys for Plaintiffs* | DAVID B. DORNAK, ESQ.<br>300 South 4th Street<br>Suite 1500<br>Las Vegas, NV 89101<br>*Attorney for Defendant* |

**ORDER**

**IT IS SO ORDERED:**

~~UNITED STATES DISTRICT COURT JUDGE/~~
UNITED STATES MAGISTRATE JUDGE

September 28, 2026
DATED