**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND; BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 CONVENTION VACATION SAVINGS PLAN<br><br>Plaintiffs,<br><br>vs.<br><br>CSI WORLDWIDE, LLC a Delaware corporation;<br><br>Defendant. | Case No: 2:26-cv-01097-JCM-NJK<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an additional 30-day extension of time, up to and including **December 1, 2026**, to answer or otherwise respond to Plaintiffs' First Amended Complaint (ECF No. 4). Defendant's responsive pleading is currently due on **October 28, 2026**. (ECF No. 14).

The parties continue to discuss potential resolution of this case and request additional time to engage in such discussion prior to Defendant filing is responsive pleading. This matter involves a contract compliance review ("Audit") of Defendant

CSI Wordwide, LLC's employee benefit contribution history to the Plaintiffs. The parties have been working in good faith together and with the Plaintiffs' auditor in an attempt to resolve certain findings in the Audit. This has taken time given that the process has involved multiple conferences between the parties' counsel, the production of various documents and the Plaintiffs' auditor's time to review the newly produced information and documents. This process has proved lengthy but the parties continue to negotiate in good faith and believe that an additional 30-day extension promotes conservation of judicial resources and the goal of resolving this case without further Court intervention.

This stipulation is sought in good faith and not for the purpose of delay. This is the fifth request for an extension of this deadline.

Dated this 27th day of October 2026.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Christopher M. Humes*
CHRISTOPHER M. HUMES, ESQ.
100 North City Parkway
Suite 1600
Las Vegas, NV 89106
*Attorneys for Plaintiffs*

FISHER & PHILLIPS, LLP

*/s/ David B. Dornak*
DAVID B. DORNAK, ESQ.
300 South 4th Street
Suite 1500
Las Vegas, NV 89101
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES MAGISTRATE JUDGE

October 29, 2026
DATED